FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0729

_____

JAMIE NORRIS,

    Plaintiff and Appellant,

    v.

                                           O R D E R

RICK L. OLSEN d/b/a A&O SHEET METAL,

    Defendant, Appellee and Cross-Appellant.

_____

      Pursuant to Defendant/Respondent Rick L. Olsen d/b/a A&O Sheet Metal's unopposed motion for extension of time to file Cross Appeal Reply Brief, no objection being made by counsel for Plaintiff/Appellant herein, and good cause appearing therefor,

      IT IS HEREBY ORDERED that Defendant/Respondent shall have to and including Thursday, September 28, 2023, within which to file his Cross Appeal Reply Brief.

      No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2023